David E. Rauch (#015261)
Michael J. Coccaro (#025417)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6294
Telephone: (602) 382-6444
drauch@swlaw.com
mcoccaro@swlaw.com
Attorneys for Plaintiff Cold Stone Creamery, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cold Stone Creamery, Inc., an Arizona corporation<br><br>Plaintiff,<br><br>v.<br><br>Cindy Kilman, a foreign individual, Joseph "Buck" Kilman, a foreign individual, and BCEK, LLC, a Texas limited liability company.<br><br>Defendants. | No.<br><br>**COMPLAINT** |

For its Complaint against Defendants Cindy Kilman, Joseph "Buck" Kilman, and BCEK, LLC (collectively, "Defendants"), Plaintiff Cold Stone Creamery, Inc., ("Cold Stone") (collectively, "Parties") alleges as follows:

**Parties, Jurisdiction, and Venue**

1. Plaintiff Cold Stone is an Arizona corporation authorized and conducting business in Arizona.

2. Defendant BCEK, LLC is a Texas-based limited liability company whose members are Joseph Kilman and Cindy Kilman.

3. Defendant Cindy Kilman is a citizen of Texas.

4. Defendant Joseph Kilman is a citizen of Texas.

5. The amount in controversy exceeds $75,000.

6. This court has subject matter jurisdiction because there is complete diversity and the amount in controversy exceeds $75,000. *See* 28 U.S.C. § 1332.

7. Venue is proper in this Court.

## General Allegations

8. Defendants and Cold Stone entered into franchise agreements dated July 17, 2006, November 1, 2006, and December 1, 2007.

9. Pursuant to paragraph 24(a) of the franchise agreements dated July 17, 2006 and November 1, 2006, the franchise agreement dated December 1, 2007 is the controlling agreement between the parties (the "Franchise Agreement"). *See* Franchise Agreement, attached as Ex. A.

10. A dispute arose between the parties and, pursuant to Paragraph 30(b) of the Franchise Agreement, the Parties entered into an arbitration proceeding administered by the American Arbitration Association ("AAA").

11. The Arbitrator issued an Award on May 6, 2011 although it was not transmitted to the parties until May 9, 2011. The Arbitration Award awarded damages greater than $75,000.

12. Paragraph 30(e) of the Franchise Agreement provides:

> Either party may appeal the final award of the arbitrator(s) to the appropriate U.S. District Court. The Court's review of the arbitrator's findings of fact will be under the clearly erroneous standard, and the Court's review of all legal rulings will be *de novo*. If it should be determined that this provision for federal court review is not enforceable, <u>then either party may appeal the arbitrator's final award to a panel of three arbitrators chosen under AAA procedures, which will employ the same standards of review stated immediately above.</u>

(emphasis added).

13. Cold Stone filed a Notice of Appeal with AAA on May 20, 2011 indicating that, pursuant to *Hall Street Associates, LLC v. Mattel, Inc.*, 552 U.S. 576 (2008), Paragraph 30(e) was unenforceable to the extent it purported to define the standards of review for a District Court. Cold Stone notified Defendants and AAA that it elected to

1  appeal the award to a panel of three arbitrators which would apply the standards of
2  review that the parties agreed to.

3      14.    On May 20, 2011, AAA responded that it had received Cold Stone's Notice
4  of Appeal and requested comment from Defendants on or before May 27, 2011.

5      15.    Defendants responded to AAA on May 26, 2011 and requested a seven day
6  extension to respond to the Notice of Appeal. Cold Stone consented to the extension.

7      16.    On June 8, 2011, Defendants submitted a letter to Cold Stone and AAA
8  describing Paragraph 30(e) as "substantively and procedurally unconscionable" and
9  "beyond the reasonable expectations of the Kilmans." Counsel for Defendants indicated,
10 "our clients intend to commence a court action which will seek, among other things, to
11 set aside the provision relating to the "appeal of award." *See* Letter, attached as Ex. B.

12     17.    On June 15, 2011, the AAA, after having considered the parties' position,
13 determined that it had jurisdiction and asked to set up a conference call to initiate the
14 appeal. *See* AAA Ruling, attached as Ex. C. As of June 17, 2011, counsel for
15 Defendants had not indicated any availability for, or even agreed to participate in, such
16 conference call.

**Count One**
**(Breach of Contract)**

18     18.    Cold Stone re-alleges the allegations contained in paragraphs 1-17 as if set
19 forth fully herein.

20     19.    Cold Stone and Defendants entered into the Franchise Agreement dated
21 December 1, 2007.

22     20.    Paragraph 30(e) of the Franchise Agreement provides that either party may
23 appeal the Award of an Arbitrator to a panel of three arbitrators chosen under the AAA
24 procedures.

25     21.    Cold Stone invoked the rights protected by Paragraph 30(e) by filing the
26 Notice of Appeal to the AAA.

1   22.  Defendants anticipatorily breached Paragraph 30(e) by stating they intend to commence a court action to set aside Cold Stone's rights as contained in Paragraph 30(e) of the Franchise Agreement.

23.  As a result of Defendants' breach, Cold Stone has been damaged and will continue to be damaged.

24.  Cold Stone seeks an order from this Court for specific performance and ordering the Defendants to submit to the jurisdiction of the AAA for the appeal.

25.  Cold Stone also seeks an award of its reasonable attorneys' fees and costs pursuant to Paragraph 31 of the Franchise Agreement and A.R.S. § 12-341 and 12-341.01.

WHEREFORE, Cold Stone prays for judgment against Defendants as follows:

A.  For an order compelling the Defendants to submit to AAA jurisdiction for an appeal of the Award;

B.  For an award of Cold Stone's reasonable attorneys' fees and costs;

C.  For any other relief the Court deems just and proper;

DATED this 17th day of June, 2011.

SNELL & WILMER L.L.P.

By  *s/Michael J. Coccaro*
David E. Rauch (#015261)
Michael J. Coccaro (#025417)
One Arizona Center
400 E. Van Buren
Phoenix, AZ  85004-2202
Attorneys for Plaintiff Cold Stone Creamery, Inc.

13260791.1

Snell & Wilmer L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

- 4 -